IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MOSES TEGUME,**
**#R60977**

        Petitioner,

vs.                                                           CIVIL NO. 18-cv-1469-NJR

**DANIEL SULLIVAN,**

        Respondent.

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

    In this habeas corpus action, filed pursuant to 28 U.S.C. § 2254, Petitioner, Moses Tegume, brings a collateral attack on his 2007 conviction for predatory criminal sexual assault (Case No. 16-cf-4882).

    Tegume was convicted in Lake County, which is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(a)(1). He is confined in this District in the Big Muddy River Correctional Center. 28 U.S.C. § 93(c). Both this Court and the Northern District court have jurisdiction over this action. 28 U.S.C. § 2241(d). The Court finds that the Northern District is a more convenient forum for the hearing and determination of this habeas corpus action, particularly because the records of Tegume's conviction may be found there, as may most of the participants in his trial.

    Pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion, **IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of Illinois, for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule 4, and such further

proceedings as that Court may deem appropriate. Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the transferee court.

**IT IS SO ORDERED.**

**DATED:** August 31, 2018

    _____
    **NANCY J. ROSENSTENGEL**
    **United States District Judge**